UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PELEUS INSURANCE COMPANY,

        Plaintiff,

-against-

LATI CONSTRUCTION CORP. and
QI BIAO CHEN,

        Defendants.
----------------------------------------X

Case No.: 1:22-cv-07090 (AMD) (SJB)

**STIPULATED ORDER**

WHEREAS Plaintiff Peleus Insurance Company ("Peleus") commenced this action seeking a declaration that it does not have any obligation to defend or indemnify defendant Lati Construction Corp. ("Lati") against an underlying action brought by defendant Qi Biao Chen ("Chen") ("the Chen Action"), that Peleus is not required to continue to fund the defense it has provided to Lati, and that the attorneys appointed by Peleus to defend Lati against the Chen Action ("Assigned Defense Counsel") may withdraw as counsel for Lati in the Chen Action; and

WHEREAS Peleus issued a commercial general liability insurance policy, bearing no. 600 GL 0187460, to Lati for the period October 23, 2020 to October 23, 2021 ("the Peleus GL Policy"); and

WHEREAS Peleus issued an excess liability insurance policy, bearing no. AR 4237445, to Lati for the period October 23, 2020 to October 23, 2021 ("the Peleus XS Policy"); and

WHEREAS Lati and Chen answered the Complaint in this action; and

WHEREAS the parties desire to resolve and settle Peleus' claims as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that Peleus is entitled to the declaratory relief it seeks in this action; and

{01358139.DOCX /}

IT IS HEREBY FURTHER STIPULATED AND AGREED that Peleus does not have a duty to defend Lati, under the terms of the Peleus GL Policy or the Peleus XS Policy, against the Chen Action; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that Peleus does not have a duty to indemnify Lati under the terms of the Peleus GL Policy or the Peleus XS Policy for any amounts Lati becomes legally obligated to pay as damages, including any amounts it becomes legally obligated to pay as a judgment against it on, or in a negotiated settlement of, Chen's claims or any cross-claims or third-party claims in the Chen Action; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that, as Peleus does not have a duty to defend Lati against the Chen Action, Peleus is no longer required to continue funding and providing a defense to Lati and the Assigned Defense Counsel may withdraw as counsel for Lati in the Chen Action; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that Lati will stipulate to the substitution of counsel to allow Assigned Defense Counsel to withdraw or, if a motion is necessary to allow Assigned Defense Counsel to withdraw, Lati will consent to the motion to withdraw; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that the attorneys for each party signing below have conferred with their respective clients and represent that they have authority to sign this agreement on their respective client's behalf; and

JKP CJF

IT IS HEREBY FURTHER STIPULATED AND AGREED that, in consideration of the foregoing, the claims in this action asserted by Peleus against Lati are hereby discontinued, without costs to any party; and

JKP CJF JKPCJF

(continued on next page for signatures)

IT IS HEREBY FURTHER STIPULATED AND AGREED that facsimile signatures shall be deemed as original, and that this Stipulated Order may be filed without further notice.

Dated: ~~January~~ February 9, 2024

FARBER BROCKS & ZANE L.L.P.

By: _____
Audra S. Zane, Esq.
Joseph K. Poe, Esq.
400 Garden City Plaza, Suite #100
Garden City, New York 11530
(516) 739-5100
Attorneys For Plaintiff
Peleus Insurance Company

~~SIM & DEPAOLA, LLP~~

By: _____
~~Sang J. Sim, Esq.~~
~~Ataur Raquib, Esq.~~
~~42-40 Bell Boulevard, Suite 405~~
~~Bayside, New York 11361~~
~~(718) 281-0400~~
~~Attorneys For Defendant~~
~~Qi Biao Chen~~

LEVIN LAW GROUP, PLLC

By: _____
Yevgeny Levin, Esq.
Christopher Fromme, Esq.
2102 Avenue Z, Suite 205
Brooklyn, New York 11235
(718) 989-9629
Attorneys For Defendant
Lati Construction Corp.

SO ORDERED:

_____
Ann M. Donnelly, U.S.D.J.