UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
PELEUS INSURANCE COMPANY,

      Plaintiff,         JUDGMENT
                    22-CV-7090 (AMD) (SJB)

     -against-

LATI CONSTRUCTION CORPORATION AND
QI BIAO CHEN,

      Defendants.
------------------------------------------------------------ X

   A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge having been filed on January 6, 2025, granting the plaintiff's motion for summary judgment; it is

   ORDERED AND ADJUDGED that the plaintiff's motion for summary judgment is granted; and that the plaintiff does not have any obligation to provide coverage, and there is no coverage under the Lati policies for the Chen Action, including for any judgment or settlement.

Dated: Brooklyn, NY               Brenna B. Mahoney
   January 6, 2025              Clerk of Court


                      By: */s/Jalitza Poveda*
                         Deputy Clerk